UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTY ALLEN MULLINS, <br> Petitioner, <br> v. <br> KOENIG, <br> Respondent. | Case No. 19-cv-00785-JD <br><br> **ORDER OF DISMISSAL** <br> Re: Dkt. Nos. 1, 6 |

Petitioner, a California prisoner, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner was convicted in Sonoma County, which is in this district, so venue is proper here. *See* 28 U.S.C. § 2241(d). He has also filed a motion to proceed in forma pauperis.

**BACKGROUND**

In October 2011, Mullins pled no contest in Sonoma County Superior Court to four counts of burglary, four counts of receiving stolen property, one count of attempted burglary, and one count of receiving a stolen vehicle. Mullins admitted that he was out on bail at the time he committed some of the offenses and that he had one prior felony strike. He was sentenced to 31 years in state prison. Mullins filed a prior federal habeas action in this Court. Case No. 14-cv-0858 JD. That petition was denied on the merits on October 13, 2005. Case No. 14-cv-0858 JD. Docket No. 19.

**DISCUSSION**

"A claim presented in a second or successive habeas corpus application under section 2254 that was not presented in a prior application shall be dismissed . . ." 28 U.S.C. § 2244(b)(2). This is the case unless,

> (A) the applicant shows that the claim relies on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable; or
> (B) (i) the factual predicate for the claim could not have been discovered previously through the exercise of due diligence; and
> (ii) the facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found the applicant guilty of the underlying offense.

28 U.S.C. § 2244(b)(2).

"Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A).

Mullins presents a claim regarding the same underlying conviction that was reviewed in the prior petition. He argues that his restitution fine was excessive. Yet, he has not provided evidence that the Ninth Circuit has authorized a successive petition. The petition is dismissed but Mullins may refile the petition if he receives permission from the Ninth Circuit. In addition, it does not appear that this new claim was presented to the California Supreme Court. Any federal habeas claim must be exhausted by presenting it to the California Supreme Court.

## CONCLUSION

1. The motion to proceed in forma pauperis (Docket No. 6) is **GRANTED**.

2. The petition is **DISMISSED** for the reasons set forth above and his motion to modify the sentence (Docket No. 1) is **DENIED**. A certificate of appealability is **DENIED**.

3. The Clerk shall close this action.

**IT IS SO ORDERED.**

Dated: March 15, 2019

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

MONTY ALLEN MULLINS,

    Plaintiff,

v.

KOENIG,

    Defendant.

Case No. 19-cv-00785-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 15, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Monty Allen Mullins ID: AL1169
Correctional Training Facility
P.O. Box 689
Soledad, CA 96960

Dated: March 15, 2019

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO